No. 156. CIVIDANES, PETICIONARIO, *v.* LÓPEZ ACOSTA, JUEZ DE DISTRITO, DEMANDADO. *Certiorari.* Enero 13, 1916. *Denegada la solicitud.*

No. 151. RIVERA ET AL., PETICIONARIO, *v.* MARRERO, SECRETARIO CORTE DISTRITO, DEMANDADO.—*Mandamus.* Enero 17, 1916. *Denegada la solicitud.*

No. 918. EL PUEBLO, APELADO, *v.* CANALES, APELANTE.— Acometimiento y agresión. Humacao.

No. 935. EL PUEBLO, APELADO, *v.* PADILLA, APELANTE.—Infracción a la Ley de Pesas y Medidas. Mayagüez. Enero 17, 1916. *Confirmadas las sentencias.*

No. 1445. NADAL, APELANTE, IN RE, CABASSA, DEMANDANTE, *v.* CABASSA ET AL., DEMANDADOS. Nulidad. Mayagüez. Enero 19, 1916. *Desistida la apelación.*

No. 989. EL PUEBLO, APELADO, *v.* FUENTES, APELANTE, Infracción artículo 370 Código Penal. Humacao. Enero 20, 1916. *Desestimada la apelación.*

No. 1448. DE LA HABA, APELADO, *v.* PÉREZ, APELANTE.—Indemnización de daños y perjuicios. San Juan, Sección 1ª. Enero 21, 1916. *Desestimada la apelación.*

No. 869. EL PUEBLO, APELADO, *v.* RIVERA, APELANTE.—Alteración de la paz. Arecibo.

No. 899. EL PUEBLO, APELADO, *v.* AYBAR, APELANTE.—Acometimiento y agresión simple. San Juan, Sección 2ª.

No. 943. EL PUEBLO, APELADO, *v.* DEL MORAL, APELANTE.— Infracción ordenanzas municipales. Mayagüez.